Charles H. FERN, Respondent,

v.

RIVERHOUSE CORPORATION
and Argonaut Great Central
Insurance, Relators,

and

Riverhouse Corporation and American
States Insurance Company,
Respondents.

No. C4–01–2056.

Supreme Court of Minnesota.

March 4, 2002.

Larry J. Peterson, Larry J. Peterson & Associates, St. Paul, MN, for Relators Riverhouse Corporation and Argonaut Great Central Insurance.

Steven E. Sullivan, Fitch, Johnson, Larson, Walsh & Held, P.A., South Minneapolis, MN, for Respondents Riverhouse Corporation and American States Insurance.

Charles H. Fern, Luck, WI, pro se.

### ORDER

RUSSELL A. ANDERSON, Justice.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 29, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).